1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 East Ocean Blvd., Suite 420
3  Long Beach, CA 90802
   Tel: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
6  Attorneys for Plaintiff BOUAPHAN PHETCHUMPORN

7               **UNITED STATES DISTRICT COURT**

8               **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOUAPHAN PHETCHUMPORN, | Case No.: CV 08-01474 SMS |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPENING BRIEF; |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ORDER |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER MAGISTRATE JUDGE OF THE DISTRICT COURT:

   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that plaintiff may have an extension of time until August 3, 2009, in which to file his Opening Brief. The parties request that the judge extend all subsequent dates within the scheduling order accordingly.

   This request is made because due to multiple assignments, including an unexpected medical absence, counsel for the defendant has not had the opportunity to respond to plaintiff's confidential settlement letter. The additional time is needed to allow defendant to properly consider plaintiff's settlement letter.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATE: 6/4/09 | Respectfully submitted, |
| 2 | | ROHLFING & KALAGIAN, LLP |

BY: */s/-Marc V. Kalagian*
Marc V. Kalagian
Attorney for plaintiff

DATE: 6/4/09          LAWRENCE G, BROWN
                     Acting United States Attorney

*/s/-Leo R. Montenegro\**
Leo R. Montenegro
Special Assistant United States Attorney
Attorneys for Defendant
[*By email authorization on June 4, 2009]

## ORDER

IT IS SO ORDERED.

Dated:    June 4, 2009

         /s/ Sandra M. Snyder
SANDRA M. SNYDER
MAGISTRATE JUDGE OF THE UNITED
STATES DISTRICT COURT